| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 2:05-CR-297-RDP-PWG |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) 3:13-00123-01 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE JIMMIE L JOHNSON, JR | DISTRICT ND/AL | DIVISION SOUTHERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable R. David Proctor | |
| | DATES OF SUPERVISED RELEASE | FROM 05/17/2013 | TO 05/16/2017 |

OFFENSE

21 U.S.C. § 846 and 841 (b)(1)(A); Conspiracy to Possess with the Intent to Distribute Five Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cociane Hydrochloride and Fifty Grams or More of Methamphetamine

18 U.S.C. § 1956 (h) and 1956 (a)(1)(A)(I); Conspiracy to Commit Money Laundering

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERN DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    MIDDLE DISTRICT OF TENNESSEE    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

06/20/2013
Date                                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/16/13
Effective date                                        United States District Judge